IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION


JEROME NELSON,

    Plaintiff,

vs.                                                    CASE NO. 1:07CV67-MP/AK

UNION CORRECTIONAL INSTITUTION, et al,

    Defendants.

_____/


**REPORT AND RECOMMENDATION**

    Plaintiff was directed to pay the filing fee or submit a complete motion for leave to proceed IFP with inmate account information on or before June 20, 2007.  (Doc. 7). When no fee or completed motion was submitted, a show cause was entered requiring a response on or before April 11, 2008.  (Doc. 8). There has been nothing filed, and no further communication from Plaintiff about this case.

    A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order.  Plaintiff has failed to comply with two orders of this Court

directing that he pay an initial filing fee and to show cause as to why his case should not be dismissed. (Docs. 7 and 8).

Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 23rd day of June, 2008.

*s/ A. KORNBLUM*
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.