IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JEROME NELSON,

    Plaintiff,

v.                                                    CASE NO. 1:07-cv-00067-MP-AK

UNION CORRECTIONAL INSTITUTION, et al.,

    Defendants.

_____/

**O R D E R**

This matter is before the Court on Doc. 9, Report and Recommendation of the Magistrate Judge, which recommends that Plaintiff's complaint, Doc. 1, be dismissed for failure to prosecute this case. The Magistrate Judge filed the Report and Recommendation on Monday, June 23, 2008. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has made. In this instance, however, no objections were filed.

By prior order, Plaintiff was directed to pay the filing fee or submit a complete motion for leave to proceed *in forma pauperis* on or before June 20, 2007. When Plaintiff failed to do so, the Magistrate ordered Plaintiff to show cause no later than April 11, 2008. Because Plaintiff has not responded to the show cause order, and has not paid the filing fee or sought leave to proceed *in forma pauperis*, the Magistrate recommends that this case be dismissed for failure to prosecute. The Court agrees with the Magistrate. Therefore, having considered the Report and Recommendation, and the lack of objections thereto, I have determined that it should be adopted. Accordingly, it is hereby

*Page 2 of 2*

**ORDERED AND ADJUDGED:**

1.  The Magistrate Judge's Report and Recommendation, Doc. 9, is adopted and incorporated by reference in this order.

2.  Plaintiff's complaint, Doc. 1, is DISMISSED with prejudice.

**DONE AND ORDERED** this   *23rd* day of July, 2008

          *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge